IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 14-cr-00443-RBJ | Date: | September 10, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Gary Burney |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | *Kurt J. Bohn* |
| v. | |
| 1. CHRISTOPHER WAYNE THORNTON<br>**Defendant(s)** | *Edward R. Harris* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:29 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [32] Defendant's Sentencing Memorandum and Motion for Below Guideline Sentence is **DENIED.**

**ORDERED:**   Defendant shall be **imprisoned** for **78 months** as to Count One of the Indictment.

>Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**
>
>**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado and recommends the RDAP program.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Request that this be run concurrent the defendant's current cases is **DENIED.**

>Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:53 a.m.          Hearing concluded.          Total time:     00:34